# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Tracy Thompson,<br>Plaintiff,<br>v.<br>The Ohio State University, et al.,<br>Defendants. | )<br>)<br>)  Case No.: 2:12-cv-1087<br>)<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/20/2015__ against __Plaintiff__,
                                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena ............................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 5,423.15 |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses *(itemize on page two)* ............................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................ | 137.00 |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................ | |
| TOTAL $ | 5,560.15 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: __Reid T. Caryer__

Name of Attorney: __Reid T. Caryer, Assistant Attorney General__

For: __Defendants The Ohio State University, Sharon Schweikhart, and Ann Salimbene__   Date: __02/27/2015__
         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*         *Deputy Clerk*         *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||| 
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



**Thornsberry Reporting**
829 Bethel Road
Suite 129
Columbus, OH 43214-1903

(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com

# Invoice

| Date | Invoice No. |
|---|---|
| 07/09/2014 | 2223 |
| **Terms** | **Due Date** |
| Due on receipt | 07/09/2014 |

**Bill To**

Lindsay Sestile, AAG
Ohio Attorney General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215 USA

| Amount Due | Enclosed |
|---|---|
| $1,424.05 | |

>8  Please detach top portion and return with your payment.  >8

| Ship Date | Ship Via | Job # | In Re: | Court Reporter |
|---|---|---|---|---|
| 06/19/2014 | Email & USPS | 14-072 | Thompson v. OSU | Jennifer Parish |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 05/07/2014 | Attendance Hours of reporter for Deposition of Tracy Thompson | 6.5 | 55.00 | 357.50 |
| 05/07/2014 | Original Transcript of Tracy Thompson, total pages @ non-expedited rate | 267 | 3.50 | 934.50 |
| 05/07/2014 | Obtaining signature of the witness **WAIVED THIS FEE AS COURTESY DISCOUNT...SEE BELOW!** | 1 | 25.00 | 25.00 |
| 05/07/2014 | Scanning exhibit to pdf and emailing .50 per page | 254 | 0.50 | 127.00 |
| | IN RE: Tracy N. Thompson vs. The Ohio State University, et al. USDC Case No. 2:12-cv-1087 | | | |

**EIN # 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**

**We accept ONLINE payments**

Thank You for using Thornsberry Reporting. We Sincerely appreciate your business!

| | |
|---|---|
| **SubTotal** | $1,444.00 |
| **Discount** | $ -25.00 |
| **Shipping** | $5.05 |
| **Total** | $1,424.05 |

Invoice 2223          Online Scheduling: www.ThornsberryReporting.com          07/09/2014

# INVOICE

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone:614-224-9481  Fax:614-224-5724

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194794 | 6/6/2014 | 75571 |
| Job Date | Case No. | |
| 5/15/2014 | 2:12-CV-1087 | |
| Case Name | | |
| Tracy Thompson vs. The Ohio State University | | |
| Payment Terms | | |
| Net 30 days -- 1.5% monthly | | |

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Gretchen Metzelaars                        108.00 Pages @ 3.00    324.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Ramsey Piazza                              72.00 Pages @ 3.00    216.00

                                                                         **TOTAL DUE >>>**    **$540.00**

Contract #RS901812-2

                                            (-) Payments/Credits:    540.00
                                            (+) Finance Charges/Debits:    0.00
                                            (=) **New Balance:**    **$0.00**

Tax ID: 26-1578302

*Please detach bottom portion and return with payment.*

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

Invoice No.  :  194794
Invoice Date  :  6/6/2014
**Total Due**  :  **$ 0.00**

Remit To:  **Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215**

Job No.  :  75571
BU ID  :  1-MAIN
Case No.  :  2:12-CV-1087
Case Name  :  Tracy Thompson vs. The Ohio State University

48541

# INVOICE

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone:614-224-9481  Fax:614-224-5724

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194897 | 6/17/2014 | 75734 |
| **Job Date** | **Case No.** | |
| 5/30/2014 | 2:12-CV-1087 | |
| **Case Name** | | |
| Tracy Thompson vs. The Ohio State University | | |
| **Payment Terms** | | |
| Net 30 days -- 1.5% monthly | | |

**RECEIVED**
By Finance at 1:39 pm, Jun 17, 2014

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Bryan Lenzo

                                          200.00 Pages   @   3.00      600.00
                                                        TOTAL DUE >>>       $600.00

Contract #RS901812-2

**Tax ID:** 26-1578302

*Please detach bottom portion and return with payment.*

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

Invoice No.   : 194897
Invoice Date   : 6/17/2014
**Total Due**   : **$600.00**

Remit To:   **Armstrong & Okey, Inc.**
           **222 East Town Street, 2nd fl**
           **Columbus, OH 43215**

Job No.   : 75734
BU ID   : 1-MAIN
Case No.   : 2:12-CV-1087
Case Name   : Tracy Thompson vs. The Ohio State University

48994

# INVOICE

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone:614-224-9481  Fax:614-224-5724

**RECEIVED**
By Finance at 7:55 am, Jul 01, 2014

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195000 | 6/30/2014 | 75828 |
| Job Date | Case No. | |
| 6/11/2014 | 2:12-CV-1087 | |
| Case Name | | |
| Tracy Thompson vs. The Ohio State University | | |
| Payment Terms | | |
| Net 30 days -- 1.5% monthly | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dr. Javaune Adams-Gaston

103.00 Pages  @  3.00  309.00

**TOTAL DUE >>>**  **$309.00**

Contract #RS901812-2

Tax ID: 26-1578302

*Please detach bottom portion and return with payment.*

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

Invoice No.  : 195000
Invoice Date : 6/30/2014
**Total Due** : **$309.00**

Remit To:  **Armstrong & Okey, Inc.**
         **222 East Town Street, 2nd fl**
         **Columbus, OH 43215**

Job No.    : 75828
BU ID      : 1-MAIN
Case No.   : 2:12-CV-1087
Case Name  : Tracy Thompson vs. The Ohio State University

# INVOICE

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone:614-224-9481   Fax:614-224-5724

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195591 | 9/10/2014 | 75829 |
| Job Date | Case No. ||
| 6/13/2014 | 2:12-CV-1087 ||
| Case Name |||
| Tracy Thompson vs. The Ohio State University |||
| Payment Terms |||
| Net 30 days -- 1.5% monthly |||

**RECEIVED**
By Finance at 9:02 am, Sep 12, 2014

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Andrea R. Goldblum - Volume I                    137.00 Pages    @    3.00    411.00

                                                   TOTAL DUE >>>              $411.00

Contract #RS901812-2

**Tax ID:** 26-1578302

*Please detach bottom portion and return with payment.*

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

Invoice No.   : 195591
Invoice Date  : 9/10/2014
**Total Due**  : **$411.00**

Remit To:  **Armstrong & Okey, Inc.**
           **222 East Town Street, 2nd fl**
           **Columbus, OH 43215**

Job No.   : 75829
BU ID     : 1-MAIN
Case No.  : 2:12-CV-1087
Case Name : Tracy Thompson vs. The Ohio State University

49606

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone:614-224-9481  Fax:614-224-5724

RECEIVED
By Finance at 8:38 am, Jul 14, 2014

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195128 | 7/12/2014 | 75830 |
| Job Date | Case No. | |
| 6/26/2014 | 2:12-CV-1087 | |
| Case Name | | |
| Tracy Thompson vs. The Ohio State University | | |
| Payment Terms | | |
| Net 30 days — 1.5% monthly | | |

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Ann. M. Salimebe

164.00 Pages  @  3.00  492.00

TOTAL DUE >>>  $492.00

Contract #RS901812-2

**Tax ID:** 26-1578302

*Please detach bottom portion and return with payment.*

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

Invoice No.    : 195128
Invoice Date   : 7/12/2014
**Total Due**  : **$492.00**

Remit To:  **Armstrong & Okey, Inc.**
           **222 East Town Street, 2nd fl**
           **Columbus, OH 43215**

Job No.    : 75830
BU ID      : 1-MAIN
Case No.   : 2:12-CV-1087
Case Name  : Tracy Thompson vs. The Ohio State University

# INVOICE

RECEIVED
By Finance at 8:30 am, Jul 16, 2014

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone:614-224-9481  Fax:614-224-5724

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195149 | 7/16/2014 | 75831 |
| **Job Date** | **Case No.** | |
| 6/27/2014 | 2:12-CV-1087 | |
| **Case Name** | | |
| Tracy Thompson vs. The Ohio State University | | |
| **Payment Terms** | | |
| Net 30 days -- 1.5% monthly | | |

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Sharon Schelkhart | 228.00 Pages | @ | 3.00 | 684.00 |
| | **TOTAL DUE >>>** | | | **$684.00** |
| Contract #RS901812-2 | | | | |

**Tax ID:** 26-1578302

*Please detach bottom portion and return with payment.*

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

Invoice No.  : 195149
Invoice Date : 7/16/2014
**Total Due** : **$684.00**

Remit To: **Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215**

Job No.   : 75831
BU ID     : 1-MAIN
Case No.  : 2:12-CV-1087
Case Name : Tracy Thompson vs. The Ohio State University

# INVOICE

Armstrong & Okey, Inc.
222 East Town Street, 2nd fl
Columbus, OH 43215
Phone:614-224-9481  Fax:614-224-5724

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195207 | 7/23/2014 | 75832 |
| Job Date | Case No. ||
| 7/9/2014 | 2:12-CV-1087 ||
| Case Name |||
| Tracy Thompson vs. The Ohio State University |||
| **Payment Terms** |||
| Net 30 days — 1.5% monthly |||

**RECEIVED**
By Finance at 1:26 pm, Jul 24, 2014

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Gretchen Metzelaars, PhD - Volume II                82.00 Pages    @    3.00    246.00

                                                     **TOTAL DUE >>>**          **$246.00**

Contract #RS901812-2

**Tax ID:** 26-1578302

*Please detach bottom portion and return with payment.*

Reid Caryer
State of Ohio, Atty Gen, Education Section
30 E. Broad St.
16th Floor
Columbus, OH 43215

| | | |
|---|---|---|
| Invoice No. | : | 195207 |
| Invoice Date | : | 7/23/2014 |
| **Total Due** | : | **$246.00** |

Remit To:  **Armstrong & Okey, Inc.**
           **222 East Town Street, 2nd fl**
           **Columbus, OH 43215**

| | | |
|---|---|---|
| Job No. | : | 75832 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2:12-CV-1087 |
| Case Name | : | Tracy Thompson vs. The Ohio State University |

# INVOICE



Integrity Reporting Group, Inc.
2381 Ziner Circle North
Grove City, Ohio 43123
614-875-5440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5015 | 8/25/2014 | 1020 |
| Job Date | Case No. | |
| 8/18/2014 | 2:12-CV-1087 | |
| Case Name | | |
| Tracy Thompson vs. The Ohio State University, et al., | | |
| Payment Terms | | |
| Net 30 + 1.5% | | |

Reid T. Caryer
Ohio Attorney General
Education Section
30 E. Broad Street
16th Floor
Columbus, OH  43215

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Olga Esquivel-Gonzalez | 228.00 Pages | @ | 2.55 | 581.40 |
| Exhibits Scanned to PDF | 20.00 Pages | @ | 0.25 | 5.00 |
| | **TOTAL DUE >>>** | | | **$586.40** |

**Tax ID:** 46-5376867

*Please detach bottom portion and return with payment.*

Reid T. Caryer
Ohio Attorney General
Education Section
30 E. Broad Street
16th Floor
Columbus, OH  43215

| | | | |
|---|---|---|---|
| Job No. | : 1020 | BU ID | : 1-MAIN |
| Case No. | : 2:12-CV-1087 | | |
| Case Name | : Tracy Thompson vs. The Ohio State University, et al., | | |
| Invoice No. | : 5015 | Invoice Date | : 8/25/2014 |
| **Total Due** | : **$586.40** | | |

Remit To:   **Integrity Reporting Group, Inc.**
            **2381 Ziner Circle North**
            **Grove City, OH  43123**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**Integrity Reporting Group, Inc.**
2381 Ziner Circle North
Grove City, Ohio 43123
614-875-5440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5026 | 9/10/2014 | 1021 |
| Job Date | Case No. | |
| 9/3/2014 | 2:12-CV-1087 | |
| Case Name | | |
| Tracy Thompson vs. The Ohio State University, et al., | | |
| Payment Terms | | |
| Net 30 + 1.5% | | |

Reid T. Caryer
Ohio Attorney General
Education Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Andrea Goldblum     105.00 Pages @ 2.55   267.75
      Exhibits Scanned to PDF     20.00 Pages @ 0.25   5.00

**TOTAL DUE >>>**    $272.75

**Tax ID:** 46-5376867

*Please detach bottom portion and return with payment.*

Reid T. Caryer
Ohio Attorney General
Education Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Job No. : 1021    BU ID : 1-MAIN
Case No. : 2:12-CV-1087
Case Name : Tracy Thompson vs. The Ohio State University, et al.,
Invoice No. : 5026    Invoice Date : 9/10/2014
**Total Due :** $272.75

Remit To: **Integrity Reporting Group, Inc.**
            **2381 Ziner Circle North**
            **Grove City, OH 43123**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature: