**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**TRACY THOMPSON,**

    Plaintiff,                                Case No. 2:12-cv-1087
                                                    **JUDGE GREGORY L. FROST**
v.                                               Magistrate Judge Deavers

**THE OHIO STATE UNIVERSITY, et al.,**

    Defendants.

## ORDER

On April 13, 2016, Plaintiff filed a motion to review the Clerk's taxation of $5,560.15 in costs against her.  (ECF No. 106.)  Pursuant to Pursuant to Southern District of Ohio Civil Rule 1.1(c), the Court departs from the default briefing schedule and **ORDERS** that the parties shall adhere to the following expedited schedule with respect to the pending motion:

    (1) Defendants' memorandum in opposition, if any, shall be filed on or before April 20, 2016;

    (2) No reply memorandum shall be permitted, and

    (3) The motion shall come on for a non-oral hearing on April 21, 2016.

**IT IS SO ORDERED.**

                                                            /s/ Gregory L. Frost
                                                            GREGORY L. FROST
                                                            UNITED STATES DISTRICT JUDGE